

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Stephanie Zoanni v. Lamuel David Hogan

Appellate case number:   01-17-00394-CV

Trial court case number: 2010-34811

Trial court:             246th District Court of Harris County

       This is an appeal from an order modifying a parent-child relationship, signed on March 1, 2017. The record was due on June 29, 2017. We received the clerk's record on July 31, 2017, but we have still not received a reporter's record. We do have, however, a court reporter's notice that she had not received payment. On August 9, 2017, this Court issued a letter advising appellant that our records indicated appellant was not entitled to proceed without payment of costs and that the deadline to submit written proof of court reporter payment was 5:00 p.m., September 8, 2017. We received no response.

       Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

       Appellant's brief must be filed **no later than 30 days after the date of this order**.

       Appellees' brief will be due within 30 days after appellants' brief has been filed.

       It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
               ☑ Acting individually    ☐ Acting for the Court

Date: October 31, 2017